JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS LIRA, an individual, and CECILIA LIRA, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>FORD MOTOR COMPANY, a Delaware Corporation, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:23-cv-01600-AB-PVC<br><br>**ORDER DISMISSING CIVIL ACTION** |

Having reviewed the Stipulation of the parties, has the Court has been advised that this action has been settled. Good cause appearing therefor, the Court GRANTS the Stipulation. IT IS HEREBY ORDERED that the entire action, including all claims and counterclaims stated herein against all parties, are **DISMISSED** with prejudice.

**IT IS SO ORDERED.**

Dated: October 3, 2025

_____
HON. ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

1.